IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LASALLE BANK NA, TRUSTEE
10790 RANCHO BERNARDO ROAD
SAN DIEGO, CA 92127

　　　　　　　　　PLAINTIFF　　　　　　　　　　　　　　:　CIVIL ACTION

　　　　v.　　　　　　　　　　　　　　　　　　　　　　　:　No.: 4: 06-CV-00453

VINCENT BINI　　　　　　　　　　　　　　　　　　　　　:　Complaint Filed: March 2, 2006
LUCREZIA BINI A/K/A LUCREZIA O. MINERVINE
226 GREENBRIAR CIRCLE　　　　　　　　　　　　　　　　:　Judge John E. Jones, III
TOBYHANNA, PA 18466

　　　　　　　　　DEFENDANT(S)　　　　　　　　　　　　:

### ORDER OF JUDGMENT BY DEFAULT

AND NOW, this _____5th_____ day of _____May_____, 2006, upon consideration of the entry of a default, it is ORDERED that a judgment is entered in favor of Plaintiff, LASALLE BANK NA, TRUSTEE, and against VINCENT BINI and LUCREZIA BINI A/K/A LUCREZIA O. MINERVINE, Defendant, in the sum of $97,240.30 as of May 3, 2006, plus interest, attorneys fees, costs, advances, and all other related fee and expenses until paid in full, to which Plaintiff is entitled from Defendant pursuant to the subject note/mortgage obligation;

It is also ordered that the interest which Defendant has in the subject property be sold at Marshal's sale and that all amounts owed by Defendant to Plaintiff under the subject note/mortgage obligation be paid out of the proceeds of such sale;

It is further ordered that, if the proceeds of such sale of the subject property exceed the sum of money owed by Defendant to Plaintiff any such excess shall be deposited with the Clerk of the Court, subject to further order.

_____
John E. Jones III
U.S. District Judge